In the Matter of the Claim of MARIA L. BOTTA, Appellant, against TOSTI CONSTRUCTION Co., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued October 6, 1938; decided October 25, 1938.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, appellant.

*Irving I. Goldsmith* and *Monroe Collenburg* for claimant, appellant.

*William B. Davis* and *E. C. Sherwood* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.